```
ROBERT L. FORKNER (CSB #166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California  95354
Phone: (209) 544-0200
Fax:   (209) 544-1860


Attorneys for ALFREDO SANCHEZ
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:07-MJ-70318-WDB |
| ) | |
| Plaintiff ) | DESIGNATION OF ATTORNEY |
| vs. ) | |
| ) | |
| ALFREDO SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as retained counsel in this case for

ALFREDO SANCHEZ

I certify that I am admitted to practice in this court.

DATED: June 6TH, 2007           /S/ ROBERT L. FORKNER
                                      ROBERT L. FORKNER
                                      Attorney at Law