SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

KIMBERLY BRIGGS
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-**
FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No  CR 07-70318 WDB |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| v. | ) | |
| JOEL SANCHEZ, JUAN CARLOS ZEPEDA-GONZALEZ AND ALFREDO SANCHEZ, | ) | |
| Defendant. | ) | |

Please take notice that as of June 13, 2007, the Assistant U.S. Attorney whose name,

address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney KIMBERLY BRIGGS
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3695

DATED:  June 13, 2007                    Respectfully submitted,

United States Attorney

                              /S
                              _____
                              KIMBERLY BRIGGS
                              Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this e-filed document.

[SUBSTITUTION OF ATTORNEYS -  CR 07-70318]