*E-filing*

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT

☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────┐
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACHMENT

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

┌─ DEFENDANT - U.S. ─────────────────────

▶ JOEL SANCHEZ

F I L E D
JUN 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

# CR07-00409 SBA

┌─ DEFENDANT ──────────────────────────

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
      _____

### IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
_____

┌─ PROCEEDING ────────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State
   Court, give name of court
   _____

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                         SHOW
   ☐ U.S. Att'y ☐ Defense            DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

☑ prior proceedings or appearance(s)    MAGISTRATE
   before U.S. Magistrate regarding     CASE NO.
   this defendant were recorded under
                                        07-70318 WDB

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**
                   ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      KIMBERLY M. BRIGGS, AUSA

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     give date
                          filed  _____

**DATE OF**      Month/Day/Year
**ARREST**       5/31/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY**     5/31/2007

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ──────────────────┐
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT
JOEL SANCHEZ

VIOLATIONS:

21 U.S.C. § 846-Conspiracy to possess methamphetamine w/ intent to distribute

21 U.S.C.§ 841 (a)(1)-Possession of methamphetamine w/intent distribute

PENALTY:

10 yrs. mandatory minimum to maximum life imprisonment; 2 million dollar fine; 5 yrs. supervised release; $100 special assessment.

E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                 ☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────┐
SEE ATTACHMENT

                          ☐ Petty
                          ☐ Minor
                          ☐ Misde-
                             meanor
                          ☑ Felony

PENALTY:
  SEE ATTACHMENT
└────────────────────────────────────────┘

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

┌─ DEFENDANT - U.S. ──────────────────────┐
▶ ALFREDO SANCHEZ

DISTRICT COURT NUMBER

CR07-00409 SBA
└──────────────────────────────────────────┘

FILED
JUN 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

┌─ PROCEEDING ──────────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on        SHOW
  motion of:                     DOCKET NO.
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
  pending case involving this same
  defendant                      MAGISTRATE
☑ prior proceedings or appearance(s)  CASE NO.
  before U.S. Magistrate regarding
  this defendant were recorded under  07-70318 WDB

Name and Office of Person
Furnishing Information on
    THIS FORM          SCOTT N. SCHOOLS
              ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
  (if assigned)   KIMBERLY M. BRIGGS, AUSA
└────────────────────────────────────────┘

┌─ DEFENDANT ────────────────────────────┐
IS *NOT* IN CUSTODY
     Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
     was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

   Nothern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other }  ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes   If "Yes"
been filed?      ☐ No     give date
                          filed

DATE OF        Month/Day/Year
ARREST         5/31/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY    5/31/2007

☐ This report amends AO 257 previously submitted
└────────────────────────────────────────┘

┌─ ADDITIONAL INFORMATION OR COMMENTS ───────────────┐
PROCESS:
  ☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

  If Summons, complete following:
  ☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
  Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                                        Date/Time:

                                        Before Judge:

  Comments:
└──────────────────────────────────────────────────────┘

PENALTY SHEET ATTACHMENT
ALFREDO SANCHEZ

VIOLATIONS:

21 U.S.C. § 846-Conspiracy to possess methamphetamine w/ intent to distribute

21 U.S.C.§ 841 (a)(1)-Possession of methamphetamine w/intent distribute

PENALTY:

10 yrs. mandatory minimum to maximum life imprisonment; 2 million dollar fine; 5 yrs. supervised release; $100 special assessment.

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: **OAKLAND**

E-filing

---

UNITED STATES OF AMERICA,

**V.**

JOEL SANCHEZ, &
ALFREDO SANCHEZ

CR07-00409

DEFENDANT.

FILED

2007 JUN 28 PM 10:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

# INDICTMENT

VIOLATIONS:21 U.S.C. § 846-Conspiracy to possess
methamphetamine w/ intent to distribute ; 21 U.S.C.§
841 (a)(1)-Possession of methamphetamine w/intent
distribute

---

A true bill.

_____ Foreman

Filed in open court this 28th day of
June, 2007

_____ Clerk

Bail, $ No process.

Wayne D. Brazil   6-28-07

# E-filing

1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

*FILED*

*2007 JUN 28  AM 10: 08*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,            )   No.  CR07-0   409
                                         )
12 |                                      )   VIOLATIONS:  21 U.S.C. § 846 -
           Plaintiff,                     )   Conspiracy to Possess with Intent to
13 |                                      )   Distribute Methamphetamine; 21 U.S.C. §
                                          )   841(a)(1) - Possession with Intent to
14 |    v.                                )   Distribute Methamphetamine
                                          )
15 |                                      )
      JOEL SANCHEZ,                       )   OAKLAND VENUE
16 | and                                  )
      ALFREDO SANCHEZ,                    )
17 |                                      )
                                          )
18 |      Defendants.                     )
                                          )
19 |_____)

20                    I N D I C T M E N T

21 | The Grand Jury charges:

22 | COUNT ONE:  (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute
                  Methamphetamine)
23

24 |    Beginning at a time unknown to the Grand Jury, but no later than on or about May 9, 2007,

25 | and continuing to on or about May 31, 2007, in the Northern District of California, the

26 | defendants,

27                       JOEL SANCHEZ,
                             and
28                     ALFREDO SANCHEZ,

INDICTMENT

1

1    did knowingly and intentionally conspire to possess with intent to distribute, a Schedule II

2    controlled substance, to wit: 50 grams or more of methamphetamine in violation of Title 21,

3    United States Code, Sections 846 and 841(a)(1).

4

5    COUNT TWO:    (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute
                          Methamphetamine)

6        On or about May 31, 2007, in the Northern District of California, the defendants,

7                          JOEL SANCHEZ,
                               and
8                        ALFREDO SANCHEZ,

9

10   did knowingly and intentionally possess with intent to distribute a Schedule II controlled

11   substance, to wit: 50 grams or more of methamphetamine in violation of Title 21, United States

12   Code, Section 841(a)(1).

13   DATED:                                      A TRUE BILL.
14        June 28, 2007
15
16                                              FOREPERSON

17   SCOTT N. SCHOOLS
18   United States Attorney

19
20   W. DOUGLAS SPRAGUE
     Chief, Oakland Branch
21
22   (Approved as to form:                                    )
     AUSA KIMBERLY BRIGGS
23

24

25

26

27

28

INDICTMENT

2