**FILED**

AUG 2 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~~PROPOSED~~ ORDER/COVER SHEET

TO:    Honorable Wayne D. Brazil          RE:    Sanchez, Alfredo
       U.S. Magistrate Judge

FROM:  Claudette M. Silvera, Chief        DOCKET NO.:    CR07-00409 SBA
       U.S. Pretrial Services Officer

## THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

AMELIA BERTHELSEN                          510-637-3753
U.S. Pretrial Services Officer Assistant   TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that
we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter
      requires any action by this Court at this time.

[X]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4
      _____ on THURS, 8/9/2007 at 10:00 am _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge_____ Presiding District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's
      Pretrial Release conditions as indicated below:

[ ]   Modification(s)

      a)

      b)

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested
      parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

      _____

      _____

      _____

_____          8-2-07
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Lisa



**To:**  Honorable Wayne D. Brazil
       U.S. Magistrate Judge

**From:**  Amelia Berthelsen
         U.S. Pretrial Services Officer Assistant

**Subject:**  SANCHEZ, ALFREDO
          Docket No.: CR07-00409 SBA

**Date:**  July 31, 2007

# MEMORANDUM

---

Your Honor,

The above noted defendant initially appeared before Your Honor on June 1, 2007, charged in an Indictment with violations of Title 21, United States Code, Section 846- Conspiracy to Possess With Intent to Distribute Methamphetamine; and Title 21, United States Code, Section 841(a)(1)- Possession With Intent to Distribute Methamphetamine. On June 8, 2007, the defendant appeared before Your Honor for a detention hearing. On this same date, he was ordered released on a $150,000 unsecured bond, co-signed by his significant other and her father, with the following special conditions of release:

1. The defendant shall report to Pretrial Services as directed;
2. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;
3. The defendant shall surrender his passport and not apply for any new passports or travel documents (defendant stated in open court that he does not have a passport);
4. The defendant's travel is restricted to the Northern and Eastern Districts of California;
5. The defendant shall not have any direct or indirect contact with any co-defendants outside of the presence of counsel;
6. The defendant shall refrain from excessive use of alcohol, and the defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription;
7. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services; and
8. The Court is not requiring the defendant's girlfriend to post her property but ordered her not to sell, encumber against or do anything to depreciate the value or transfer ownership until she is relieved as surety on the bond or the bond is exonerated and until further order of this Court.

As Mr. Sanchez currently resides in Turlock, California, he is being supervised by Pretrial Services Officer Lydia Serrano in the Eastern District of California.

It should be noted that during his bail interview, Mr. Sanchez reported that he has used marijuana on a daily basis for the past six years. The defendant further reported that he obtained a medical marijuana card approximately three years ago, as he has "stomach problems." Since his release, Pretrial Services has spoken with the defendant about his marijuana use. Pretrial Services instructed the defendant that he can no longer use marijuana while under Pretrial Services supervision. Pretrial Services explained to the defendant that he would be required to drug test frequently so that we could monitor the levels of marijuana (THC), to make sure he was no longer using the drug. Furthermore, Pretrial Services informed the defendant that his first drug tests would be positive for THC and they would not be considered a violation. However, any positive tests after the THC levels

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: SANCHEZ, ALFREDO
DOCKET NO: CR07-00409 SBA                                                    PAGE 2

dropped would be considered a violation of his bail.

**VIOLATION:** Mr. Sanchez has been consistently drug tested since his release, and for the first few weeks, it appeared as if the THC levels had dropped. Mr. Sanchez submitted the following urine samples which were not considered a violation of his bail conditions: on June 12, 2007, the THC level was 349 ng/mL; on June 15, 2007, the THC level was 211 ng/mL; and on June 29, 2007, the THC level 77 ng/mL. On July 2, 2007, the defendant submitted a urine sample which tested presumptively positive for THC. On July 13, 2007, Pretrial Services received confirmation from Scientific Testing Laboratories, and the THC levels were measured at 206 ng/mL. Based on this information, Pretrial Services believes that the defendant may have used marijuana between June 29, 2007, and July 2, 2007. On July 24, 2007, Pretrial Services confronted the defendant regarding the test results. However, Mr. Sanchez continues to state that he has not used marijuana since his release. It should be noted that Mr. Sanchez has been compliant with all of his other release conditions.

**ASSESSMENT:** Pretrial Services is concerned that the defendant appears to have used marijuana after explicit instructions not to use. Pretrial Services is also concerned that this behavior may indicate that Mr. Sanchez does not take his release conditions imposed by the Court seriously. However, in light of Mr. Sanchez' compliance regarding other issues, Pretrial Services believes more stringent release conditions are not necessary at this time. However, Pretrial Services would like the defendant to be formally admonished by Your Honor, in order to assure that he understands the seriousness of his situation.

**RECOMMENDATION:** In light of the information contained in this memorandum, Pretrial Services respectfully recommends that a bail review hearing be scheduled before Your Honor to address the defendant's violation.

Pretrial Services has left a message for the defense counsel, Robert Forkner, and Assistant United States Attorney, Kimberly Briggs, informing them of this violation.

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Amelia Berthelsen
U.S. Pretrial Services Officer Assistant

Reviewed By

Silvio Lugo, Supervising
U.S. Pretrial Services Officer