UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/23/07

CR 07-00409SBA                     JUDGE: SAUNDRA BROWN ARMSTRONG

ALFREDO SANCHEZ                    ROBERT FORKNER
JOEL SANCHEZ                       S/A ROBERT FORKNER
                                    Present (X) Not Present ( ) In Custody ( )
        DEFENDANT(S)

 KIM BRIGGS
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark             STARR WILSON
                                        Court Reporter

 HEIDI CLAUS
 Interpreter                            Probation Officer

### PROCEEDINGS

**REASON FOR HEARING:** STATUS - HELD
**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 11/27/07

**JUDGMENT:**

### PROCEEDINGS

**Case Continued to** 11/27/07 **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** _____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
**Case Continued to** _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to** _____ for Change of Plea @ 11:00 a.m.
cc: