UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/27/07

CR 07-00409SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALFREDO SANCHEZ - PRESENT**
**JOEL SANCHEZ - PRESENT**
　　DEFENDANT(S)

　　　　　　　　　　　　　　　　　ROBERT FORKNER
<u>KIM BRIGGS</u>　　　　　　　　　　<u>S/A ROBERT FORKNER</u>
U.S. ATTORNEY　　　　　　　　　ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark　　　　<u>STARR WILSON</u>
　　　　　　　　　　　　　　　　　　Court Reporter


<u>HEIDI CLAUS</u>
　Interpreter　　　　　　　　　　　Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>TRIAL SETTING - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 3/4/08</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to**_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to** <u>3/4/07</u> for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** <u>2/12/08</u> Motions in limine/objections to evidence due <u>2/19/08</u>
**Responses to motions in limine and/or responses to objections to evidence due** <u>2/16/08</u>
**Case Continued to** <u>3/10/08</u> for Trial(Court/<u>Jury:</u> <u>3-4</u> Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: