JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680
    E-mail: kimberly.briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-00409-SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO VACATE TRIAL DATE |
| ) | AND SET FOR STATUS HEARING |
| JOEL SANCHEZ, and ) | |
| ALFREDO SANCHEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    It is hereby stipulated, by and between the parties that the jury trial currently set for March 10, 2008 be vacated and that the matter be set for a status hearing on April 1, 2008 at 9:00 a.m., or to a new date and time thereafter convenient to this Court.

    It is also stipulated that the period from February 20, 2008 to April 1, 2008, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the

interests of justice served by granting a continuance.

Such continuance is required because the government has received additional evidence which necessitates that the indictment be superseded.   The government intends to supersede the indictment the week of March 10, 2008.   This continuance will allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

As such, the parties respectfully request that the trial date of March 10, 2008 be vacated and the matter be continued to March 25, 2008 at 9:00 a.m. for a status hearing.

DATED:  March 4, 2008            Respectfully submitted,


        /s/
KIMBERLY M. BRIGGS
Assistant United States Attorney


DATED: March 4, 2008                /s/
EDWARD G. DUREE
Attorney for Joel Sanchez

DATED: March 4, 2008                /s/
ROBERT L. FORKNER
Attorney for Alfredo Sanchez

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties - specifically, to allow the government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the jury trial currently scheduled for March 10, 2008 at 8:30 a.m. shall be vacated, and the matter shall be continued for a status hearing to April 1, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:                                                  
        SAUNDRA BROWN ARMSTRONG
United States District Judge