PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil          RE: SANCHEZ, ALFREDO
U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief       DOCKET NO.: CR07-00409 SBA
U.S. Pretrial Services Officer

DATE: April 9, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amelia A. Berthelsen                    510-637-3753
U.S. PRETRIAL SERVICES OFFICER ASSISTANT   TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _____
JUDICIAL OFFICER                    DATE
(signed) Wayne D. Brazil            4-9-08

FILED
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

Cover Sheet (12/03/02)