**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 4/22/08

CR 07-00409SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

ALFREDO SANCHEZ
JOEL SANCHEZ                                Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

                                            ROBERT FORKNER
KIM BRIGGS                                  S/A ROBERT FORKNER
U.S. ATTORNEY                               ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                 DIANE SKILLMAN
                                            Court Reporter

 Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 5/28/08

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 5/28/08 **for Further Status/**Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: