**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00409 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| ALFREDO SANCHEZ, JOEL SANCHEZ, HECTOR REYNOSO | |
| Defendant. | |

The Status Conference set for Tuesday, June 24, 2008, at 9:00 a.m., has been moved to Thursday, June 19, 2008, at 9:00 a.m.

Dated: 6/11/08                                              FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California