**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 07-00409SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

ALFREDO SANCHEZ
JOEL SANCHEZ
HECTOR SANCHEZ          Present (X) Not Present ( ) In Custody ( )
　　DEFENDANT(S)
                                                IVAN MORRIS
                                                IVAN MORRIS
<u>KIM BRIGGS</u>               <u>IVAN MORRIS                          </u>
U.S. ATTORNEY                ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark           <u>  STARR WILSON               </u>
                                                Court Reporter


　<u>INEZ SWANEY　　　</u>      <u>                                </u>
　Interpreter                            Probation Officer
                        **PROCEEDINGS**


**REASON FOR HEARING:** <u>  STATUS - HELD                                        </u>

**RESULT OF HEARING:** <u>  COURT WAS NOTIFIED BY COUNSEL APPEARING THAT THE COUNSEL FOR JOEL SANCHEZ HAS NOT REGISTERED FOR E-FILING AND PROBABLY IS NOT AWARE OF THE DATE CHANGE; COURT HAS ORDERED THAT COUNSEL FOR JOEL SANCHEZ WILL REGISTER IMMEDIATELY OR WILL HAVE TO BE REPLACED WITH COUNSEL THAT IS REGISTERED; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 7/1/08                                                                                                                          </u>


**JUDGMENT:** <u>                                                                                     </u>


**PROCEEDINGS**

**Case Continued to** <u>   7/1/08           </u> **for** <u>Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.</u>
**Case Continued to**<u>                </u>@ 9:00 a.m. for<u>                     </u> Motions
**Brief Sched. Motion papers by**<u>          </u>**Opposition by**<u>            </u>**Reply by</u>_____
**Case Continued to**<u>               </u>for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**<u>          </u>Motions in limine/objections to evidence due <u>            </u>
**Responses to motions in limine and/or responses to objections to evidence due**<u>            </u>

**Case Continued to_____for Trial(Court/Jury:\_\_\_\_Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**