**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/1/08

CR 07-00409SBA                          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALFREDO SANCHEZ**            **IVAN MORRIS S/A**
**JOEL SANCHEZ**                     **ED DUREE**
**HECTORY REYNOSO**           **IVAN MORRIS**
                                                      Present (1,2) Not Present ( ) In Custody ( )

            **DEFENDANT(S)**


 <u>KIM BRIGGS</u>
**U.S. ATTORNEY**                             **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:** Lisa R. Clark                     <u>RAYNEE MERCADO</u>
                                                                    **Court Reporter**


 <u>INEZ SWANEY</u>
 **Interpreter**                                               **Probation Officer**
                                        **PROCEEDINGS**


**REASON FOR HEARING:**     <u>STATUS - HELD</u>

<u>**RESULT OF HEARING: HECTORY REYNOSOS' APPEARANCE HAS BEEN WAIVED; COURT FINDS EXCLUDABLE TIME UNTIL 7/22/08 BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL**</u>


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to** <u>  7/22/08  </u> **for** <u>Further Status</u>**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**

**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**