1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CSBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3680
7       E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND BRANCH

12
   UNITED STATES OF AMERICA,        )    No. CR-07-00409-SBA
13                                  )
              Plaintiff,            )
14                                  )
         v.                         )    STIPULATION AND [PROPOSED]
15                                  )    ORDER TO CONTINUE STATUS
                                    )    FROM JULY 22, 2008 TO SEPTEMBER
16 JOEL SANCHEZ,                    )    9, 2008 AND EXCLUDING TIME
   ALFREDO SANCHEZ, and             )
17 HECTOR REYNOSO,                  )
                                    )
18            Defendants.           )
                                    )
19

20        It is hereby stipulated, by and between the parties, that the status hearing currently

21 set for July 22, 2008 be continued to September 9, 2008 at 9:00 a.m.

22        It is also stipulated that the period from July 22, 2008 to September 9, 2008, shall

23 be excluded from the calculation of time in which the trial of the above captioned matter

24 must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The

25 parties stipulate that the time is excludable from the time limitations of the Speedy Trial

26 Act because the interests of justice served by granting a continuance.

1   Such continuance is required because the government has received an additional
2   discovery request from counsel for defendant Hector Reynoso. This continuance will
3   allow the reasonable time necessary for effective preparation, taking into account the
4   exercise of due diligence.
5   As such, the parties respectfully request that the status hearing scheduled for July
6   22, 2008 be continued to September 9, 2008 at 9:00 a.m.

7   DATED: July 21, 2008                Respectfully submitted,

                                         /s/
9                                        KIMBERLY M. BRIGGS
                                         Assistant United States Attorney

11  DATED: July 21, 2008                 /s/
                                         EDWARD G. DUREE
12                                       Attorney for Joel Sanchez

13  DATED: July 21, 2008                 /s/
                                         ROBERT L. FORKNER
14                                       Attorney for Alfredo Sanchez

15  DATED: July 21, 2008                 /s/
                                         IVAN MORSE
16                                       Attorney for Hector Reynoso

18   Based on the reason provided in the stipulation of the parties above, the Court
hereby FINDS that for adequate preparation of the case by all parties - specifically, to
allow the government to provide additional discovery to counsel for defendant Hector
Reynoso -  pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time
is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY
ORDERED THAT the status hearing currently scheduled for July 22, 2008 at 9:00 a.m.
shall be continued to September 9, 2008  at 9:00 a.m.

     **IT IS SO ORDERED.**

26  DATED:
                                         _____
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge