```
 1  ROBERT L. FORKNER (CSB# 166097)
    LAW OFFICES OF ROBERT L. FORKNER
 2  722 THIRTEENTH STREET
    MODESTO, CALIFORNIA 95354
 3  TELEPHONE:     (209)544-0200
    FAX:           (209)544-1860
 4

 5

 6  ATTORNEYS FOR DEFENDANT
    ALFREDO SANCHEZ
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  CASE NO. 1:07-CR-409-SBA
                                   )
13                                 )
          Plaintiff,               )  PROPOSED ORDER AND DEFENDANT'S
14                                 )  NOTICE OF WAIVER OF PERSONAL
                                   )  APPEARANCE
15        vs.                      )
                                   )
16  ALFREDO SANCHEZ,               )
                                   )
17                                 )
          Defendants.              )
18  _____/

19
         Defendant, ALFREDO SANCHEZ, waives his right to be
20
    present in open court, upon the hearing of any motion or other
21
    proceeding in this cause, including but not limited to, when the
22
    case is ordered set for trial, when a continuance is ordered, and
23
    when any other action is taken by the Court before or after
24
    trial, except upon arraignment, plea, impanelment of jury and
25
    imposition of sentence.
26
         Defendant hereby requests the Court to proceed during every
27
    absence of her which the Court may permit pursuant to this
28
```

waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, ROBERT L. FORKNER, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated:
9-4-08

_____
ALFREDO SANCHEZ
DEFENDANT

Dated:

/s/ Robert L. Forkner
_____
ROBERT L. FORKNER,
Attorney for Defendant

ORDER

IT IS SO ORDERED:

DATED:

_____
SAUNDRA BROWN ARMSTRONG
U.S. District Court Judge

2